United States Bankruptcy Court
District of Arizona

In re:                                              Case No. 23-03862-SHG
PAUL JOHN CHARETTE                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4              User: admin                 Page 1 of 2
Date Rcvd: Dec 11, 2023        Form ID: 318             Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PAUL JOHN CHARETTE, 10961 E. MONUMENT ESTATES CIRCLE, TUCSON, AZ 85748-6911 |
| cr | + | Janis R. Hepburn, PR for the Estate of Larry P. Tr, 333 N. Wilmot Rd., Suite 300, Tucson, AZ 85711-2613 |
| 16990784 | + | Capital One Bank, PO Box 1269, Greenville SC 29602-1269 |
| 17023117 | +++ | Chris Kimminau, Kimminau Law Firm, 433 W. Plantation St., Tucson AZ 85741 |
| 17023281 | + | ESTATE OF LARRY TRONE, C/O ANDREW BARBOUR, 333 N. WILMOT, STE 300, TUCSON, AZ 85711-2613 |
| 17023282 | + | JANIS HEPBURN PERSONAL REPRESENTATIVE, C/O ANDREW BARBOUR, 333 N. WILMOT, STE. 300, TUCSON, AZ 85711-2613 |
| 17001732 | + | Pyramid Federal Credit Union, c/o Robert C. Williams, Gust Rosenfeld, P.L.C., One E. Washington, Suite 1600 Phoenix, AZ 85004-2553 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: AZDEPREV.COM | Dec 12 2023 03:49:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16990786 | + | Email/Text: collectionspfcu@pyramidfcu.org | Dec 11 2023 23:00:00 | Pyramid Credit Union, 5801 E. Broadway Blvd, Tucson AZ 85711-3901 |
| 16990783 | + | Email/Text: collectionspfcu@pyramidfcu.org | Dec 11 2023 23:00:00 | Pyramid Federal Credit Union, 5801 E. Broadway Blvd., Tucson AZ 85711-3901 |
| 16990787 | ^ | MEBN | Dec 11 2023 22:59:11 | Round Point Mortgage, PO Box 19409, Charlotte NC 28219-9409 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pyramid Federal Credit Union, c/o Robert C. Williams, Gust Rosenfeld, P.L.C., One E. Washington, Suite 1600, Phoenix, AZ 85004-2553 |
| 16990785 | *+ | Capital One Bank, PO Box 1269, Greenville SC 29602-1269 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 4:23-bk-03862-SHG    Doc 35    Filed 12/11/23    Entered 12/13/23 22:34:25    Desc
Imaged Certificate of Notice    Page 1 of 4

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW HOLTER BARBOUR | on behalf of Creditor Janis R. Hepburn PR for the Estate of Larry P. Trone ahbarbour@mungerchadwick.com |
| JAY K POWELL | on behalf of Debtor PAUL JOHN CHARETTE jaypowell9@gmail.com |
| ROBERT C WILLIAMS | on behalf of Creditor Pyramid Federal Credit Union rwilliams@gustlaw.com tkendell@gustlaw.com,phines@gustlaw.com |
| TRUDY A. NOWAK | trustee@tanowak.com TAN@Trustesolutions.net,dkw@tanowak.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

Information to identify the case:

Debtor 1: PAUL JOHN CHARETTE
First Name  Middle Name  Last Name

Social Security number or ITIN  xxx–xx–4765
EIN  __–_____

Debtor 2: 
(Spouse, if filing) First Name  Middle Name  Last Name

Social Security number or ITIN  ____
EIN  __–_____

United States Bankruptcy Court  District of Arizona

Case number: 4:23–bk–03862–SHG

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

PAUL JOHN CHARETTE

12/11/23

**By the court:** Scott H. Gan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2